MORRIS RUFUS MARTIN v. THE STATE.

No. 22221. Delivered June 17, 1942.
Rehearing Denied October 14, 1942.

The opinion states the case.

*Jno. A. Ballowe,* of Dallas, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

KRUEGER, Judge.

The conviction is for burglary. The penalty assessed is confinement in the State penitentiary for a term of five years.

The record is before us without a statement of facts or bills of exception. The indictment, as well as all other matters of procedure, appear to be regular.

The judgment of the trial court is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

ON MOTION FOR REHEARING.

DAVIDSON, Judge.

In his motion for rehearing, the appellant, for the first time, attempts to challenge the organization of the grand jury which returned the indictment in this case. There is nothing in the record before us which supports any of appellant's contentions. The indictment and all proceedings relative thereto, as they appear in the record before us, are regular.

The motion for rehearing is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.